1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
5  Email:        matt.jaksa@hro.com

6  Attorneys for Plaintiffs,
   CAPITOL RECORDS, INC.; SONY BMG
7  MUSIC ENTERTAINMENT; UMG
   RECORDINGS, INC.; BMG MUSIC;
8  ATLANTIC RECORDING
9  CORPORATION; and INTERSCOPE
   RECORDS

**ORIGINAL FILED**

AUG 2 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,
                    Plaintiffs,

          v.

DAWN POOL,
                    Defendant.

CASE NO. C 07 4293 JL

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

---

Certification of Interested Entities or Persons
Case No.
#31911 v1

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 | associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 | entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 | proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 | substantially affected by the outcome of this proceeding:
6 | The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:
7 | Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;
8 | EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;
9 | Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded
10 | company. EMI Group plc. is publicly traded in the U.K.
11 | The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
12 | ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
13 | Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
14 | Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
15 | Corporation is publicly traded in the U.S.
16 | The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
17 | Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
18 | Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
19 | publicly traded. Vivendi S.A. is publicly traded in France.
20 | The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola
21 | Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
22 | Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
23 | Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
24 | Corporation is publicly traded in the U.S.
25 | The following companies are parents of, or partners in Plaintiff ATLANTIC RECORDING
26 | CORPORATION: Warner Bros. Records Inc.; WMG Acquisition Corp.; WMG Holdings Corp.;
27 | and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded.
28 | Warner Music Group Corp. is publicly traded in the U.S.

1 | The following companies are parents of, or partners in Plaintiff INTERSCOPE RECORDS: UMG Recordings, Inc.; PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

Dated: August 21, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
CAPITOL RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; BMG MUSIC; ATLANTIC RECORDING CORPORATION; and INTERSCOPE RECORDS