Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
CAPITOL RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; BMG MUSIC; ATLANTIC RECORDING CORPORATION; and INTERSCOPE RECORDS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,<br>                Plaintiffs,<br>   v.<br>DAWN POOL,<br>                Defendant. | CASE NO. 3:07-CV-04293 JL<br><br>**Honorable James Larson**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT DAWN POOL** |

NOTICE OF DISMISSAL WITH PREJUDICE
Case No. 3:07-CV-04293 JL
#33937 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs CAPITOL RECORDS, INC., *et al*.
2  voluntarily dismiss with prejudice their copyright infringement claim against Defendant Dawn Pool,
3  each party to bear its/her own fees and costs. The Clerk of Court is respectfully requested to close
4  this case.

5  Dated: November 20, 2007                    HOLME ROBERTS & OWEN LLP

7                                              By:  _____*/s/Matthew Franklin Jaksa*_____
                                                    MATTHEW FRANKLIN JAKSA
8                                                   Attorney for Plaintiffs
9                                                   CAPITOL RECORDS, INC.; SONY
                                                    BMG MUSIC ENTERTAINMENT; UMG
10                                                  RECORDINGS, INC.; BMG MUSIC;
                                                    ATLANTIC RECORDING
11                                                  CORPORATION; and INTERSCOPE
12                                                  RECORDS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL WITH PREJUDICE
Case No. 3:07-CV-04293 JL
#33937 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On November 20, 2007, I served the foregoing documents described as:

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT DAWN POOL**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Dawn Pool**
> **104 Horn Ave.**
> **Santa Rosa, CA  95407**

☒   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 20, 2007 at San Francisco, California.

_/s/ Molly Morris_
Molly Morris

Proof of Service
Case No. 3:07-CV-04293 JL
#33937 v1